DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAZARAE MCCORMICK,**
Appellant,

v.

**EDWARD MCCORMICK, JR.,**
Appellee.

No. 4D22-1851

[May 11, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Laura C. Burkhart, Judge; L.T. Case No. 2020-DR-008788-XXXX-SB.

Morgan L. Weinstein of Twig, Trade, & Tribunal, PLLC, Fort Lauderdale, for appellant.

Michael McCormick, Jr. of The Hachar Law Group, Miami Lakes, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***